UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANAND CHOUDHURI,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>FORTERRA, INC., KARL WATSON, JR., CHRIS MEYER, RICHARD CAMMERER, JR., RAFAEL COLORADO, MAUREEN HARRELL, CHAD LEWIS, CLINT MCDONNOUGH, JOHN MCPHERSON, and JACQUES SARRAZIN.<br><br>　　　　　　Defendants. | Case No.: 1:21-cv-02522-VM<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Anand Choudhuri ("Plaintiff") voluntarily dismisses this action without prejudice. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: April 30, 2021

Respectfully submitted,

*/s/*

**BRODSKY SMITH**

Evan J. Smith
240 Mineola Boulevard
Mineola, NY  11501
Phone:  (516) 741-4977
Facsimile (561) 741-0626

*Counsel for Plaintiff*